UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

COY MCBROOM, on behalf of
himself and others similarly
situated,

    Plaintiff,

v.                        Case No: 2:17-cv-481-FtM-99MRM

ISLAND CONSTRUCTION LLC, a
Florida limited liability
company and SHAWN LONGAKER,
individually,

    Defendants.

## OPINION AND ORDER

This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. #47), filed June 21, 2019, recommending that the Second Amended Joint Motion for Approval of Settlement (Doc. #44) be granted, the Memorandum of Mediated Settlement (Doc. #46-1) be approved, and the case be dismissed. No objections have been filed and the time to do so has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). In the absence of specific objections, there is no requirement that a district judge review

factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

On May 13, 2019, the Court noted the history of the case, and directed the parties to provide a copy of the settlement agreement. (Doc. #41.) The parties filed the current motion, and after prompting filed a Memorandum of Mediated Settlement (Doc. #46-1). After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the magistrate judge.

Accordingly, it is now

**ORDERED:**

1. The Report and Recommendation (Doc. #47) is hereby **adopted** and the findings **incorporated** herein.

2. The parties' Second Amended Joint Motion for Approval of Settlement (Doc. #44) is **granted** and the Memorandum of Mediated Settlement (Doc. #46-1) is **approved** as a fair and reasonable resolution of a bona fide dispute.

3. The Clerk shall enter judgment **dismissing** the case with prejudice, terminate all deadlines and motions, and close the file.

**DONE and ORDERED** at Fort Myers, Florida, this \_\_15th\_\_ day of July, 2019.

*/s/ John E. Steele*
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Hon. Mac R. McCoy
United States Magistrate Judge

Counsel of Record
Unrepresented parties